**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

FILED
AUG 30  1 43 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Date: 8/17/04
Docket Number: 03-2203-pr
Short Title: Nicholson v. Murphy
DC Docket Number: 02-cv-1926
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Hall

DC Initials CTDC/nhct

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 17th day of August two thousand four.

Allan Nicholson,

  Petitioner-Appellant,

v.

Brain Murphy,

  Respondent-Appellee.



The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, *inter* alia,

either pay the docketing fee or move for leave to proceed in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

 The Appellant herein not having so proceeded, upon consideration thereof,
  it is ordered that the appeal from the order of February 11, 2003 United States District Court for the District of Connecticut at New Haven be and it hereby is dismissed.



Certified:  AUG 17 2004

For the Court,
Roseann B. MacKechnie, Clerk

By: *Connie Mazariego*
Connie Mazariego
Deputy Clerk, USCA